O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALONZO MCKINNEY, | ) | NO. CV 19-4059-JGB (KS) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| G. NEWSOM, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:  June 14, 2019

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE